IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
__Northern__ DIVISION

Atheal Pierce
_____
_____
_____
Plaintiff(s),

v.

American General Finance, Inc.,
et al, To be named
_____
_____
Defendant(s).

RECEIVED
2006 OCT 31  P 3:50
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CIVIL ACTION NO.
Jury Demand
2:06CV985-W
KW

## COMPLAINT

1. Plaintiff(s)' address and telephone number: 112 Knollwood Blvd. Montgomery, AL 36117  334-727-8810

2. Name and address of defendant(s): American General Finance, Inc., et al, to be named, 2768 Eastern Blvd, Montgomery, AL 36117

3. Place of alleged violation of civil rights: Montgomery, Alabama and the Federal land and building in Montgomery, AL

4. Date of alleged violation of civil rights: Within two years

5. State the facts on which you base your allegation that your constitutional rights have been violated: Bankruptcy Court and Federal Court have my files. American General Finance, Inc., and T. Hobbs, Jr. teamed up to steal, take, and cover up wrong doings in an effort to get away with my assets in violation of my Federal and State's rights. American General Finance, Inc., has published a false foreclosure, and a false bar to redemption, and in violation of due process. Fraud is clear. I am asking for a jury trial. I wish amend my lawsuit. Also, I will provide you a copy of the T. Hobbs, Jr fraud papers.

1

SCANNED
C/S 110106

6.   Relief requested: *Make whole relief and be let alone.*

Date: *October 28, 2006*

*[signature]*

334-727-8810

Plaintiff(s) Signature