IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ATHEAL PIERCE, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 2:06-cv-0985-WKW |
| | ) | |
| v. | ) | |
| | ) | |
| AMERICAN GENERAL FINANCE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

It is ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to Magistrate

Judge Terry F. Moorer for all pretrial proceedings and entry of any orders or recommendations as

may be appropriate.

DONE this 11th day of January, 2007.


                        /s/   W.  Keith Watkins
                        UNITED STATES DISTRICT JUDGE