IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ATHEAL PIERCE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-0985-WKW |
| | ) |
| AMERICAN GENERAL FINANCE, INC., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon referral of this case for action on all pretrial matters and for recommendation as may be appropriate (Doc. 2), and the failure of Plaintiff Atheal Pierce to perfect service, it is for good cause,

**ORDERED** that Plaintiff show cause why this case should not be dismissed **on or before March 16, 2007**.

DONE this 1st day of March, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE