UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ATHEAL PIERCE,           ) | |
|        Plaintiff,    ) | |
| vs.                                   ) | CIVIL ACTION NO. |
| AMERICAN GENERAL FINANCE, ) INC., et al.,              ) | 06 CV-985-WKW |
|        Defendants.  ) | |

**CORPORATE CONFLICT/DISCLOSURE STATEMENT**

COMES NOW defendant American General Financial Services of Alabama, Inc. ("AGFS"), and hereby submits this statement in compliance with Federal Rule of Civil Procedure Rule 7.1.  In support thereof, AGFS states as follows:

AGFS, a Delaware corporation, is not publicly traded, and is wholly-owned by American General Finance Corporation, an Indiana corporation.  American General Finance Corporation is not publicly traded and is wholly-owned by American General Finance, Inc., an Indiana corporation.  American General Finance, Inc. is also not publicly traded, and is a wholly-owned subsidiary of American General Corporation, a Texas corporation.  American General Corporation is not publicly traded, and is a wholly-owned subsidiary of American International Group, Inc., a Delaware corporation.  American International Group, Inc. is a publicly traded corporation.

1557266

                        s/ David A. Elliott
                        David A. Elliott

                        Attorney for American General
                        Financial Services of Alabama, Inc.

**OF COUNSEL:**

BURR & FORMAN LLP
420 North 20th Street
3100 Wachovia Tower
Birmingham, Alabama 35203
(205) 251-3000
(205) 458-5100
DElliott@burr.com

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this the 3rd day of April, 2007:

                Atheal Pierce
                112 Knollwood Blvd.
                Montgomery, Alabama 36117

                        s/ David A. Elliott
                        OF COUNSEL