IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ATHEAL PIERCE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-0985-WKW |
| ) | |
| AMERICAN GENERAL FINANCE, INC., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon referral of this case for action on all pretrial matters and for recommendation as may be appropriate (Doc. 2) and the review of Defendant's *Motion to Dismiss* (Doc. 5, filed April 2, 2007), it is

**ORDERED** that Plaintiff show cause why this case should not be dismissed **on or before April 23, 2007**.

DONE this 3rd day of April, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE