In The U.S. District Court Alabama Middle District (Montgomery)
Civil Docket for Case No. <u>2:06-cv-00985-WKW-TFM</u>

Pierce v. American General Finance, Inc and others

<u>Pierce Exhibits in support of the Show Cause Response</u>

Atheal Pierce is exercising his right to redress a grievance against American General Finance, Incorporated, headquartered in Indiana

Atheal Pierce is exercising his right to redress a grievance against the federal employee that manipulated the date-stamp and time clock for the sole and unlawful benefit of American General Finance Incorporated, headquartered in Indiana.                   <u>EXHIBITS</u>

1
Atheal Pierce submits document I Complaint document of record with expressed intent to amend. Document in this Court's File.

2
Atheal Pierce submits document II. Right to sue letter received.

3
Atheal Pierce submits document III. A copy of the Arbitration Formal Requested directed to American General Finance, Incorporated.

4
Atheal Pierce submits document IV. A copy of the State Supreme Court Response of Pierce clearing understanding as to federal vs. state court jurisdiction and notice to American General Finance, Inc.

5
Atheal Pierce submits document V. A copy of the State Circuit Court dismissal of American General Finance, Inc., lawsuit.

6
Atheal Pierce submits document VI. A copy of the State Code Laws pertaining to the dismissal. Code of Alabama 1975 at section 6-7-30. And legal procedural authority.

*[signature]*

Respectfully submitted:
112 Knollwood Blvd.
Montgomery, Alabama 36117

Certificate of service

I hereby certify that I have served a copy of the foregoing document by U.S. Mail on this the 23rd day of April, 2007:

Mr. David A. Elliott
420 North 2oth Street
3100 Wachovia Tower
Birmingham, Alabama 35203

s/Atheal Pierce




| | | |
|---|---|---|
| JAMES C. DUFF<br>Director | **ADMINISTRATIVE OFFICE OF THE<br>UNITED STATES COURTS** | WILLIAM R. BURCHILL, JR.<br>Associate Director<br>and General Counsel |
| CLARENCE A. LEE, JR.<br>Associate Director | WASHINGTON, D.C. 20544 | ROBERT K. LOESCHE<br>Deputy General Counsel |

**September 7, 2006**

---

<u>CERTIFIED MAIL - RETURN RECEIPT REQUESTED</u>

Ms. Atheal Pierce
112 Knollwood Blvd.
Montgomery, AL 36117

Dear Ms. Pierce:

    This will serve as formal notification that the Administrative Office of the United States Courts has denied in full your tort claim dated February 11, 2006 for $165,000.00, arising from your bankruptcy case.

    Your claim arises from actions taken by the Chapter 13 trustee, an attorney, and the bankruptcy court in the course of your Chapter 13 bankruptcy case. To the extent your claim is premised on the judge's performance of judicial duties, the United States may assert absolute judicial immunity from liability. 28 U.S.C. § 2674. The United States is not liable for the actions of a Chapter 13 trustee or a private attorney, because they are not federal employees. 28 U.S.C. §§ 2671, 2672. You have also failed to prove any negligent or wrongful action that could give rise to federal tort liability under state law. 28 U.S.C. § 2672.

    I am required by regulations of the Department of Justice to advise you that you have the right to file suit in an appropriate United States district court within six months of the date of mailing of this notification.

                                        Sincerely,

                                        John L. Chastain
                                        Assistant General Counsel

---

FROM: Atheal Pierce, customer with American General Finance Company

TO: American General Finance Company.

Date: September 09, 2005

Faxed and mailed to American General Finance Company at 4447 Atlanta Highway, Montgomery, Alabama 36109.

**Request for ARBITRATION** on all matters to be arbitrated under the circumstances. Pierce contends that the books of the company has been cooked and that he does not owe American General Finance Company beyond the contractual agreement with American General Finance Company.

This is formal notice that I am requesting arbitration, and I do not owe American General Finance Company beyond the contractual agreement with American General Finance Company

Allow me to know the date and time for which I am to meet with your arbitrator regarding this matter. Also, please do share with me an itemized balance of what is owed American General a pay off and an account activity print-out. I am of the belief the requested information is needed and I am entitled to the information and documents requested.

Respectfully requested,

*[signature]*

5916 Havenwood Drive
Montgomery, Alabama 36117

** TX CONFIRMATION REPORT **          AS OF SEP 12 '05 10:15   PAGE.01

DATE  TIME        TO/FROM           MODE    MIN SEC  PGS    STATUS
...                                 EC--S   00"29    01     OK



With us, it's personal.

Store #07174
10 FAIRVIEW AVE
MONTGOMERY, AL 36...
(334) 265-3336

Register #5 Transaction ...
Cashier #7174-6597 ...

1 Fax                    ...
 Items         Subtotal   1.00
               Tax         .06
               Total      1.06
        CASH PAYMENT     10.00
               Tendered  10.00
               Cash Change 8.94

Internet Refills at riteaid.com
  powered by drugstore.com
1-800-RITEAID for customer service

BAD COPY
(...)

# IN THE SUPREME COURT OF ALABAMA

Docket File Number 1060060

Ex Parte Atheal Pierce,
Re:   Montgomery County Circuit Court
       Proceedings and official Cv-05-3197

**FILED NOV 29 2006 CLERK SUPREME COURT OF ALABAMA**

**<u>Atheal Pierce's Response</u> to American General Finance's Motion stacked with out-of circuit court records/documents and <u>the Affidavit of ATHEAL PIERCE</u>**

Before me, a Notary Public in and for said County and State, personally appeared Atheal Pierce and, after having been by me first duly sworn, deposes and says under oath as follows:

1. My name is Atheal Pierce. In some filings related to this case I am identified as "Appellant." I am over (19) years of age and have personal knowledge of the facts as are set out herein.

2. I discussed the entire matters about this case with attorney Blevins and he issued the following opinion. <u>This document is not apart of the court record</u>.

3. Response:   American General Finance, Inc., documents are nothing more than attempts to stack the court and confuse the honorable and fair justices otherwise clear judgment about the case on appeal.

4. Response:   American General Fiance, Inc. wrongfully assumes that I have given or waived my rights to the real property issues and mortgage issues. <u>This is not the case and is not the truth. I filed a timely federal lawsuit and record evidence is attached hereto. The document is not apart of the court record.</u>

• _____ American General Finance, Inc., has stacked its Alabama Rule (8) pleading with prejudicial and irrelevant federal documents, some of which are not finality documents and others filed in bad faith to confuse the Alabama Supreme Court..

5. Response: The documents of record clearly show that the lower court **dismissed** American General Finance, Inc., case without prejudice, given them the opportunity to refile or leave the matter alone.

6. Response: American General Finance, Inc., has failed to inform this court that **ORDER** dated and signed the 26th day of January 2006 gave American General Finance, Inc., notice and **ORDER** dated and signed the 26th day of March 2006 gave American General Notice and Order of **Dismissal of the circuit court case.**

7. Response: American General Finances, Inc., has failed to inform this court that a federal lawsuit is pending in the United States Federal District Court, Middle District of Alabama that is due to deal with foreclosure issues, redemption issues and money issues involving the real property known as 5916 Havenwood Drive and 701 Doris Circle issues both in Montgomery, Alabama.   See federal document attached but not of the circuit court record.

   Wherefore, Pierce ask that this honorable court take notice that Pierce is not in any way misleading the court nor attempting to bypass and or delay justice. Pierce is seeking equal protection under the laws of Alabama and the circuit courts records demonstrate that this matter is dismissed at the circuit court level by official ORDER OF THE COURT and the issues pertaining to foreclosure, bankruptcy and redemption are truly and lawfully before the federal courts.

                                             Respectfully submitted

                                             Atheal Pierce

ATHEAL PIERCE
112 Knollwood Blvd.
Montgomery, Alabama 36117

IN THE CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA

| | | |
|---|---|---|
| American General Finance, Inc., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV-2005-3197 |
| Atheal Pierce, | ) ) | |
| Defendant. | ) | |

## ORDER

The Defendant filed a suggestion of bankruptcy in this case. An Order was issued that this action would be dismissed, without prejudice, unless within sixty (60) days Plaintiff obtained from the Bankruptcy Court and filed in this Court leave to further prosecute this claim. No leave to further prosecute has been filed.

Wherefore, it is hereby ORDERED that this cause is DISMISSED WITHOUT PREJUDICE.

Done this 26th day of March 2006.

Truman M. Hobbs, Jr.
Circuit Judge

FILED
2006 APR 25 PM 3:37
CIRCUIT COURT OF
MONTGOMERY COUNTY

cc:   Charles Parnell
      Atheal Pierce

TMH

IN THE CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA

| American General Finance, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CV-2005-3197 |
| Atheal Pierce, | ) | |
| Defendants. | ) | |

2006 JAN 27 PH 2:01
FILED CIRCUIT COURT OF MONTGOMERY COUNTY

### ORDER

This Court having been advised that the Defendant has filed a petition in Bankruptcy Court, it is hereby ORDERED that pursuant to Ala. Code 1975 Sec. 6-7-30, this action will be dismissed, without prejudice, unless within sixty (60) days from the date of this Order, Plaintiff obtains from the Bankruptcy Court and files in this Court leave to further prosecute this claim.

DONE this the 26th day of January 2006.

Truman M. Hobbs, Jr.
CIRCUIT JUDGE

cc: Charles Parnell
Atheal Pierce