RECEIVED

2007 APR 23 P 6: 56

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| ATHEAL PIERCE, ] | |
| Plaintiff, ] | |
| Vs. ] | Civil Action No. |
| ] | 06-985-WKW |
| AMERICAN GENERAL FINANCE, ] | Jury Demand |
| INC., ETC., ] | |
| Defendants. ] | |

Emergency Motion for Federal Court Protection and Safety
from Threats Expressed By David A. Elliott

COMES Now Atheal Pierce, a contracting party to American General. A mortgage partner involving 5916 Havenwood Drive, [106,000 dollars-minus about $81,000 condominium concern] Montgomery, Alabama, and a mortgage interest partner involving 701 Doris Circle, [45,000 dollars-minus about $28,000 mortgage concern] Montgomery, Alabama.

This lawsuit is a first time, redress a grievance attempt against American General Finance, Incorporated and others. Atheal Pierce received the "right to sue".

Atheal Pierce lawsuit is due to be amended and it has not been amended due to the vicious and criminal negligence type language of Mr. David A. Elliott.

WHEREFORE, Atheal Pierce will proceed with the show cause response under the assumption and believe that Mr. David A. Elliott will behave himself and cease and desist criminal negligence like behavior.

S/Atheal Pierce
Lawful Owner and developer of 5916 Havenwood Drive, Montg., Al. Mortgage Partner and money investor involving the remainder mortgage interest of 701 Doris Circle, Montgomery, Alabama.

Lawsuit Filer:
Atheal Pierce for
5916 Havenwood Drive and
Mortgage Financial Deal

701 Doris Circle
112 Knollwood Blvd.
Montgomery, Alabama 36117

## Certificate of Service

I hereby certify that I have served a copy of the foregoing document by fax and U.S. First Class Mail, on this the 23 day of April 2007:

> Mr. David A. Elliott, employment address
> 420 North 20th Street
> 3100 Wachovia Tower
> Birmingham, Alabama 35203

S/ Atheal Pierce