**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                        TELEPHONE (334) 954-3600

April 24, 2007

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:   Pierce v. American General Finance, Inc.

Case Number:   2:06-cv-00985-WKW

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 13   filed on   April 23, 2007.**

RECEIVED

2007 APR 23 P 6: 56

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| ATHEAL PIERCE, ] | |
|    Plaintiff, ] | |
| Vs. ] | Civil Action No. |
| ] | 06-985-WKW |
| AMERICAN GENERAL FINANCE, ] | Jury Demand |
| INC., ETC., ] | |
|    Defendants. ] | |

Emergency Motion for Federal Court Protection and Safety
from Threats Expressed By David A. Elliott

   COMES Now Atheal Pierce, a contracting party to American General. A mortgage partner involving 5916 Havenwood Drive,[106,000 dollars-minus about $81,000 condominium concern] Montgomery, Alabama, and a mortgage interest partner involving 701 Doris Circle, [45,000 dollars-minus about $28,000 mortgage concern] Montgomery, Alabama.

   This lawsuit is a first time, redress a grievance attempt against American General Finance, Incorporated and others. Atheal Pierce received the "right to sue".

   Atheal Pierce lawsuit is due to be amended and it has not been amended due to the vicious and criminal negligence type language of Mr. David A. Elliott.

   WHEREFORE, Atheal Pierce will proceed with the show cause response under the assumption and believe that Mr. David A. Elliott will behave himself and cease and desist criminal negligence like behavior.

                                          S/Atheal Pierce
Lawful Owner and developer of 5916 Havenwood Drive,
Montg., Al. Mortgage Partner and money investor involving
the remainder mortgage interest of 701 Doris Circle,
Montgomery, Alabama.

Lawsuit Filer:
Atheal Pierce for
5916 Havenwood Drive and
Mortgage Financial Deal

701 Doris Circle
112 Knollwood Blvd.
Montgomery, Alabama 36117

Certificate of Service

I hereby certify that I have served a copy of the foregoing document by fax and U.S. First Class Mail, on this the 23 day of April 2007:

    Mr. David A. Elliott, employment address
    420 North 20th Street
    3100 Wachovia Tower
    Birmingham, Alabama 35203

S/ Atheal Pierce