IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ATHEAL PIERCE, ) | |
| ) | |
| Plaintiff, ) | CASE NO. 3:06-cv-0985-WKW |
| ) | |
| v. ) | |
| ) | |
| AMERICAN GENERAL FINANCE, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Magistrate Judge filed a Report (Doc. # 16) in which he recommended the dismissal of the case. The plaintiff timely filed an Objection (Doc. # 17) to the Report and Recommendation, to which Defendant American General Finance, Inc., filed a Reply (Doc. # 18). The court finds that the plaintiff's Objection lacks merit and that this case is due to be dismissed for the reasons stated by the Magistrate Judge.

Accordingly, it is ORDERED that:

1. The Objection (Doc. # 17) is OVERRULED;

2. The Report and Recommendation (Doc. # 16) is ADOPTED;

3. The defendant's Motion to Dismiss (Doc. # 5) is GRANTED;

4. The defendant's Motion to Compel Arbitration (Doc. # 5) is DENIED as MOOT;

5. The case (as a § 1983 cause of action) is DISMISSED WITH PREJUDICE.

An appropriate judgment will be entered.

DONE this 3rd day of August, 2007.

      /s/ W. Keith Watkins
      UNITED STATES DISTRICT JUDGE