IN THE UNITED STATES DISTRICT COURT   334-277-3278
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

ATHEAL PIRCE,              ]
Plaintiff,                 ]
Vs.                        ]
                           ] Case No. 06-985-Watkins
AMERICAN GENERAL FINANCE,  ] JURY TRIAL DEMAND
INC., ET, AL.,             ]
Defendants                 ]

## NOTICE OF APPEAL
and motion for clerk to identify Pierce's exhibits records by name and title

Atheal Pierce appeals the final decision to the honorable United States Eleventh Circuit Court of Appeals. Include also, the Emergency Motion for federal court protection and safety from threats expressed by David A. Elliott document.

Wherefore, Atheal Pierce respectfully appeals the final decision/judgment and opinion of the district court and files this notice with the district court and with the U.S. 11th Circuit Court of Appeals.

Done this the 4th day of September 2007.

Respectfully submitted
112 Knollwood Blvd.
Montgomery, Alabama 36117

Certificate of service

I hereby certify that I have served a copy of the foregoing document by U.S. first class mail, on this the 4th day of September 2007.

Mr. David A. Elliott, employment address
420 North 20th Street
3100 Wachovia Tower
Birmingham, Alabama 35203
Copy to: resident at
701 Doris Circle, Montgomery, Alabama 36104
5916 Havenwood Drive, Montgomery, Alabama 36117
American General Finance, Inc.,
Federal Government, Federal Employee Agency- U.S. Department of Justice

Notice to all involved- District court Watkins was the same judge hand picked in a suit that never got started because Pierce never received due process and notice. The defendants got the judge they wanted **twice**. People of integrity should get involved.
Check the records and you will see what has happen and the predictable outcome.

