**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT

CLERK

TELEPHONE
(334) 954-3610

September 5, 2007

Mr. THOMAS K. KAHN, CLERK
UNITED STATES COURT OF APPEALS, ELEVENTH CIRCUIT
56 FORSYTH STREET, NW
ATLANTA, GA   30303

USDCA NO <u>CV-06-W-985-N</u>

USCA NO _____

ATHEAL PIERCE VS. AMERICAN GENERAL FINANCE, INC.
_____

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.
_X_ Certified copy of Notice of Appeal, docket entries. Judgment and Opinion/Order appealed from enclosed. If Opinion/Order was oral, please check box. [ ]
_X_ First Notice of Appeal: _X_ Yes, ___ No   Date(s) of Other Notice_____
Was there a hearing from which a transcript could be made:
___Yes, The Court Reporter(s) is/are
_X_ No                  Date of Hearing(s):_____
THE FOLLOWING MATERIALS WERE SEALED IN THIS COURT (Order encl.):_____
___IFP_; and/or APPEALABILITY/CPC is pending in this Court.
Court Appointed Counsel/CJA; ___Yes; ___No;  Copy of Order Enclosed:
_X_ The Appellate docket fee has been paid; ___Yes, _X_ No: ___Date, Receipt#_____
___Appellant has been ___GRANTED;___
___DENIED IFP, Copy of Order enclosed.
___Appellant has been ___GRANTED;___DENIED CPC/APPEALABILITY, Copy of Order enclosed.
___Appeal Bond, ___ Supersedeas Bond
_X_ The District Judge or Magistrate Judge appealed from is Hon: <u>WILLIAM KEITH WATKINS</u>
___This is an appeal from a bankruptcy order; Bankruptcy Judge: _____
___This is a DEATH PENALTY a_____
___ Certified record on appeal consisting of:
     ___Volume(s) of Pleadings,___ Volume(s) of Transcripts,
     ___ SEALED ITEMS, ie. ___ PSI(s)____; OTHER____; TAPE(s)____
     ___ Exhibits:
     ___Volume (s) of Original Papers

cc:                           Sincerely,

                              DEBRA P. HACKETT, CLERK

                              By: Yolanda Williams
                                  Deputy Clerk