# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

RECEIVED

For rules and forms visit
www.ca11.uscourts.gov

September 10, 2007

2007 SEP 13 A 9: 23

Atheal Pierce
112 KNOLLWOOD BLVD
MONTGOMERY  AL  36117-3714

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**Appeal Number: 07-14157-B**
Case Style: Atheal Pierce v. American General Finance
District Court Number:  06-00985 CV-2-WKW-TFM

The referenced case was docketed in this court on September 7, 2007.
Please use the appellate docket number noted above when making inquiries. Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding pursuant to 11th Cir. R. 46-1. An attorney not yet properly admitted must file an appropriate application for admission within fourteen (14) days from this date. In addition, all attorneys (except court appointed-counsel) who wish to participate in this appeal must complete and return an appearance form within (14) days from this date. Application and appearance forms are available on the Internet at www.ca11.uscourts.gov. The clerk may not accept motions or other filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-1(e).

We have not yet received the Certificate of Interested Persons and Corporate Disclosure Statement (CIP) required by FRAP 26.1 and the accompanying circuit rules. The rules provide that the certificate must be filed by every appellant [and cross-appellant] with this court within 10 days after the appeal is docketed in this court, or along with the filing in this court by any party of any motion, petition, or pleading, whichever occurs first. The rules further provide that on the same day a paper certificate is served, the party filing it must also complete the court's web-based certificate at the "Electronic Filing" link of the court's website, www.ca11.uscourts.gov, by electronically providing the information required for that form. Only the ticker symbols for publicly traded corporations that are listed on the paper CIP must be entered in the web-based system. If your CIP does not include any publicly traded corporations, you are required to go to the website and simply click the button indicating that you have no publicly traded corporations to report. Pro se parties are not required or authorized to complete the web-based certificate.

You are hereby notified that the clerk is not authorized to submit to the court any brief (except for the reply brief of an appellant or cross-appellant), petition, answer, motion or response that does not contain the certificate, but may receive and retain the papers pending supplementation of the papers with the required certificate. You are also hereby notified that failure to submit the required certificate will result in your document(s) being returned unfiled which may ultimately result in dismissal of your appeal.

Pursuant to Eleventh Circuit Rule 42-1(b) appellant is hereby notified that upon expiration of fourteen (14) days from this date, this appeal will be dismissed without further notice by the clerk unless the default(s) noted below have been corrected:

Pay to the **DISTRICT COURT** clerk the $450 docket and $5 filing fees (total of $455), with notice to this office, or request leave to proceed in forma pauperis on appeal in the district court [See Fed.R. App.P. 24(a)]. If the district court denies such leave, appellant may file in this court a motion for leave to appeal in forma pauperis and financial affidavit.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Carolyn Magers (404) 335-6181

DKT-2 (07-2007)

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT
CLERK

TELEPHONE
(334) 954-3610

*U.S. COURT OF APPEALS RECEIVED CLERK SEP - 7 2007 ATLANTA, GA.*

September 5, 2007

Mr. THOMAS K. KAHN, CLERK
UNITED STATES COURT OF APPEALS, ELEVENTH CIRCUIT
56 FORSYTH STREET, NW
ATLANTA, GA  30303

USDCA NO CV-06-W-985-N

ATHEAL PIERCE VS. AMERICAN GENERAL FINANCE, INC.

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.
 X  Certified copy of Notice of Appeal, docket entries. Judgment and Opinion/Order appealed from enclosed. If Opinion/Order was oral, please check box. [ ]
 X  First Notice of Appeal: X Yes, __ No   Date(s) of Other Notice_____
Was there a hearing from which a transcript could be made:
__Yes, The Court Reporter(s) is/are
 X  No                    Date of Hearing(s):_____
THE FOLLOWING MATERIALS WERE SEALED IN THIS COURT (Order encl.):_____
__IFP_; and/or APPEALABILITY/CPC is pending in this Court.
Court Appointed Counsel/CJA; ___Yes; ___No; Copy of Order Enclosed:
 X  The Appellate docket fee has been paid;__Yes, X No:___Date, Receipt#_____
__Appellant has been ___GRANTED;___
__DENIED IFP, Copy of Order enclosed.
__Appellant has been __GRANTED;__DENIED CPC/APPEALABILITY, Copy of Order enclosed.
__Appeal Bond, ___ Supersedeas Bond
 X  The District Judge or Magistrate Judge appealed from is Hon: WILLIAM KEITH WATKINS
__This is an appeal from a bankruptcy order; Bankruptcy Judge: _____
__This is a DEATH PENALTY a_____
__ Certified record on appeal consisting of:
                __Volume(s) of Pleadings,__ Volume(s) of Transcripts,
                __ SEALED ITEMS, ie. __ PSI(s)____; OTHER____; TAPE(s)____
                __ Exhibits:
                __Volume (s) of Original Papers

cc:                            Sincerely,

                               DEBRA P. HACKETT, CLERK

                               By: Yolanda Williams
                                   Deputy Clerk