IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

ATHEAL PIERCE, Plaintiff

V.                    Case No. 06-985

AMERICAN GENERAL FINANCE, Inc., et al., Defendants

MOTION TO PROCEED ON APPEAL without prepayment of fees
Minus five dollar money order attached or in the alternative, forward the matter to the U.S. 11th Circuit Court of Appeals.

Atheal Pierce informs this honorable federal court that Pierce did not receive federal court like treatment. The entire process excluded Pierce from participation in the federal court process. The assigned district court judge talked about 1983 claims. Pierce complaint was against the foreign company (American General) and others. The federal government granted Pierce the right to sue.

**Atheal Pierce was also threatened and a motion to protect was filed and is yet to be resolved and settled by the district court judge Watkins.**

Wherefore, Pierce appeal has merit and Pierce district court filing fees amounted to a waste of funds and the higher court is asked to apply the appeal laws and remedies to resolve this matter.

Respectfully submitted _Atheal Pierce_

Certificate of service

A copy of this motion is mailed to the defendants counsel and done this 17th day of September, 2007._____

A.P

C: David A. Elliott