Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

November 28, 2007

**Appeal Number: 07-14157-B**
Case Style: Atheal Pierce v. American General Finance
District Court Number: 06-00985 CV-2-WKW-TFM

TO:   Debra P. Hackett

CC:   Atheal Pierce

CC:   David A. Elliott

CC:   Administrative File

CC:   Administrative File

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

November 28, 2007

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

**Appeal Number: 07-14157-B**
Case Style: Atheal Pierce v. American General Finance
District Court Number: 06-00985 CV-2-WKW-TFM

The enclosed certified copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Carolyn Magers (404) 335-6181

Encl.

DIS-2 (03-2005)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

---

No. 07-14157-B

---

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

NOV 2 8 2007

THOMAS K. KAHN
CLERK

ATHEAL PIERCE,

                Plaintiff-Appellant,

versus

AMERICAN GENERAL FINANCE, INC.,

                Defendant-Appellee.

---

Appeal from the United States District Court for the

Middle District Of Alabama

---

ENTRY OF DISMISSAL

Pursuant to the 11th Cir.R.42-1(b), this appeal is hereby dismissed for want of prosecution because the appellant has failed to pay the $450 docketing and $5 filing fees ($455) to the district court clerk within the time fixed by the rules, effective this 28th day of November, 2007.

        THOMAS K. KAHN
        Clerk of the United States Court
        of Appeals for the Eleventh Circuit

        By:  Carolyn Magers
              Deputy Clerk

        FOR THE COURT - BY DIRECTION

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: Carolyn Magers
    Deputy Clerk
Atlanta, Georgia

ORD-40